**Pierre Phillips**
30806 Sweetwater Circle
Magnolia, TX 77355

United States Courts
Southern District of Texas
F I L E D

SEP 0 3 2024

Nathan Ochsner, Clerk of Court

**BKPT CT TX HOUSTON**
515 Rusk Avenue
Houston, Texas 77002

**Date of Birth:** 08/17/1▓▓▓
**SS#:** 391-▓▓▓▓▓

**RE: Chapter 7 Bankruptcy Case Docket Number - 2431088**

**Dear Clerk or Authorized Person,**

I hope this letter finds you well. I am writing with a deep sense of concern and urgency regarding a serious issue I have discovered on my credit reports. Upon recently reviewing my credit reports from the three major credit reporting agencies, I was alarmed to find a Chapter 7 bankruptcy being reported under my name.

To my knowledge, I have never authorized the release of such private and sensitive information to the credit bureaus. I contacted them for clarification, and they informed me that the information was provided by your office. This revelation has been distressing and has raised significant concerns about the handling of my personal information.

I am requesting your immediate assistance in clarifying this matter. Specifically, I would appreciate a detailed response confirming whether your office, the clerk, or any authorized person reports bankruptcy information to the credit reporting agencies. If this is indeed the case, please provide the following information:

1. **The method used for reporting such information.**
2. **The person or department responsible for the reporting.**
3. **The specific procedure followed in reporting this information.**

This information is crucial for me to understand how my private data is being managed and to ensure that my rights as a consumer are fully protected. The implications of having a bankruptcy incorrectly reported on my credit report are severe and affect my financial well-being and future opportunities.

Thank you for your time, attention, and cooperation in addressing this urgent matter. I look forward to your prompt response to help resolve this issue.

Sincerely,

*Pierre Phillips*

**Pierre Phillips**

State of Texas
County of HARRIS

Sworn to and subscribed before me on the 6TH day of August, 2024, by

Nikkie Phillips

(seal: RACHEL BOWERS
Notary Public, State of Texas
Commission Expires 04-11-2028
Notary ID 12578262-4)

(Personalized Seal)      Notary Public's Signature _Rachel Bower_____

1