# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT  (713) 250-5500
P.O. BOX 61010  www.txs.uscourts.gov
HOUSTON, TEXAS 77208

Case No.: 24–31088

February 11, 2025

To: Pierre Edward Phillips
    30806 Sweetwater Circle
    Magnolia, TX 77002

    Our office received your letter regarding information reported on your credit files. The credit bureaus obtained this information independently. The United States Bankruptcy Court does not report information to or remove information from the credit bureaus.

    Please call our office if you need additional help.

Sincerely,
Nathan Ochsner, Clerk of Court

S. Thomas
Deputy Clerk